

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2014

No. 04-14-00342-CV

Richard A. **RODRIGUEZ**,
Appellant

v.

**JPMORGAN CHASE BANK, N.A.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-12923
Honorable Dick Alcala, Judge Presiding

## O R D E R

On June 13, 2014, Appellant filed an advisory notifying this court that the court reporters in the above referenced cause were paid the estimated charges for the preparation of the records. The notice of late reporter's record filed on June 9, 2014, by Kayleen Rivera, is moot. The reporters' records are due to be filed no later than July 22, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court